# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

JAMES M. MCMASTER AND MARY ELLEN MCMASTER, H/W, : No. 351 MAL 2017

: 

Petitioners : Petition for Allowance of Appeal from the Order of the Commonwealth Court

: 

v. : 

: 

THE TOWNSHIP OF BENSALEM, : 

: 

Respondent : 

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 3rd day of October, 2017, the Petition for Allowance of Appeal is **DENIED**.